IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT EVANOSKI, | ) |
| Plaintiff, | ) Civil Action No. 2:12-cv-00211 |
| v. | ) |
| | ) Judge Mark R. Hornak |
| UNITED PARCEL SERVICE, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 30th day of August, 2013, for the reasons set forth in the Opinion of the Court of this date it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 28) is **GRANTED**.

Mark R. Hornak
United States District Judge

cc:     All counsel of record