IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| VINCENT EVANOSKI, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 2:12-cv-00211 |
| v. | ) | |
| UNITED PARCEL SERVICE, | ) | Judge Mark R. Hornak |
| Defendant. | ) | |

## ORDER

AND NOW, this 30th day of August, 2013, for the reasons set forth in the Opinion of the Court of this date it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 28) is **GRANTED**.

Mark R. Hornak
United States District Judge

cc: All counsel of record